UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TYLER ANDERSON )<br>) | Criminal Case No. 1:23-cr-118-SE-AJ-01 |

## INDICTMENT

The Grand Jury charges:

COUNT ONE
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about November 22, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, a series of text messages to U.S. Presidential Candidate 1 containing a threat to "impale" and "disembowel" U.S. Presidential Candidate 1, in violation of Title 18, United States Code, Section 875(c).

COUNT TWO
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about December 6, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, a series of text messages to U.S. Presidential Candidate

2 containing a threat to "blow" the head off of U.S. Presidential Candidate 2 and conduct a "mass shooting," in violation of Title 18, United States Code, Section 875(c).

COUNT THREE
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about December 8, 2023, in the District of New Hampshire, the defendant

TYLER ANDERSON

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, a series of text messages to U.S. Presidential Candidate 3 containing a threat "blow" the "brains out" of U.S. Presidential Candidate 3 and "kill everyone" who attends a campaign event, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated:  December 20, 2023            /s/ Foreperson
                                     FOREPERSON


JANE E. YOUNG
UNITED STATES ATTORNEY


          /s/ Charles L. Rombeau
By:    Charles L. Rombeau
       Assistant U.S. Attorney